General Motors Corporation (Cadillac Motor Car Division), Appellee, v. William E. Phelan, Appellant.

Gen. No. 42,934.

opinion filed May 29, 1944. Silverstein & Silverstein, for appellant; Julius J. Silverstein, of counsel; Taylor, Miller, Busch & Boyden, for appellee; Preston Boyden and Cassius M. Doty, of counsel. Opinion by JUSTICE MATCHETT. Not to be published in full.